Official Form 1 (1/08)

| United States Bankruptcy Court **CENTRAL** DISTRICT OF **CALIFORNIA** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Silverman, Jeffrey Alan** | Name of Joint Debtor (Spouse)(Last, First, Middle): **Fisher, Deborah Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **aka Deborah Marie Silverman** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4995** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4130** |
| Street Address of Debtor (No. & Street, City, and State): **2 Windemere Ct** **Newport Coast CA** — ZIPCODE **92657** | Street Address of Joint Debtor (No. & Street, City, and State): **2 Windemere Ct** **Newport Coast CA** — ZIPCODE **92657** |
| County of Residence or of the Principal Place of Business: **Orange** | County of Residence or of the Principal Place of Business: **Orange** |
| Mailing Address of Debtor (if different from street address): **SAME** — ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME** — ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): **SAME** | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization) (Check **one** box.)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Official Form 1 (1/08)                                                                                          FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Jeffrey Alan Silverman and Deborah Marie Fisher* |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years          (If more than two, attach additional sheet)

| Location Where Filed:<br>*Southern District California* | Case Number:<br>*do not recall* | Date Filed:<br>*1983* |
|---|---|---|
| Location Where Filed:<br>*Seattle, WA* | Case Number:<br>*do not recall* | Date Filed:<br>*1987* |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor          (If more than one, attach additional sheet)

| Name of Debtor:<br>*Bethany Austin LLC* | Case Number: | Date Filed:<br>*03/04/2009* |
|---|---|---|
| District:<br>*Central District-Santa Ana* | Relationship:<br>*Managing Member* | Judge:<br>*Kwan* |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____  *10/30/2009*<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                      FORM B1, Page 3

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): _Jeffrey Alan Silverman and Deborah Marie Fisher_ |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_10/30/2009_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_10/30/2009_
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_Robert P Goe, Esq., SBN 137019_
Printed Name of Attorney for Debtor(s)

_GOE & FORSYTHE LLP_
Firm Name

_GOE & FORSYTHE LLP_
Firm Name

_18101 Von Karman Av, Suite 510_

_Irvine CA  92612_
Address

_(949) 798-2460_
Telephone Number

_10/30/2009_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_10/30/2009_
Date

Official Form 1 (1/08)                                                                      FORM B1, Page  4

**ADDITIONAL PENDING BANKRUPTCY CASES FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor:<br>*Gulfstream* | Case Number: | Date Filed:<br>*March 2009* |
|---|---|---|
| District:<br>*Central – Los Angeles* | Relationship:<br>*Officer* | Judge: |
| Name of Debtor:<br>*Bethany Colorado, LLC* | Case Number: | Date Filed:<br>*April 2009* |
| District:<br>*Central-Santa Ana* | Relationship:<br>*Managing Member* | Judge:<br>*Kwan* |
| Name of Debtor:<br>*Phoenix Kingdom LLC* | Case Number: | Date Filed:<br>*Juily 2009* |
| District:<br>*Central-Santa Ana* | Relationship:<br>*Managing Member* | Judge:<br>*Kwan* |
| Name of Debtor: | Case Number: | Date Filed: |
| District:<br>*SEE ATTACHED LIST FOR OTHER RELATED CASES* | Relationship: | Judge: |

*BETHANY*

| Debtor Name | Case No. | Judge | Date Filed |
|---|---|---|---|
| **Bethany Holdings Austin Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11873-RK | Robert Kwan | 3/04/09 |
| **Bethany Austin Mezzanine Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11874-RK | Robert Kwan | 3/05/09 |
| **Bethany Lonestar Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11875-RK | Robert Kwan | 3/05/09 |
| **KT Terraza-TX1, LLC,** a Delaware limited liability company | 8:09-bk-11876-RK | Robert Kwan | 3/05/09 |
| **KT Terraza-TX2, LLC,** a Delaware limited liability company | 8:09-bk-11877-RK | Robert Kwan | 3/05/09 |
| **FJLC-TX1, LLC,** a Delaware limited liability company | 8:09-bk-11878-RK | Robert Kwan | 3/05/09 |
| **FJLC-TX2, LLC,** a Delaware limited liability company | 8:09-bk-11879-RK | Robert Kwan | 3/05/09 |
| **Bethany Lonestar Mezzanine Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11880-RK | Robert Kwan | 3/05/09 |
| **Bethany Quail Hollow Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11881-RK | Robert Kwan | 3/05/09 |
| **Bethany Quail Hollow, LLC,** a Delaware limited liability company | 8:09-bk-11882-RK | Robert Kwan | 3/05/09 |
| **Bethany Seneca Bay Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11883-RK | Robert Kwan | 3/05/09 |
| **Bethany Seneca Bay, LLC,** a Delaware limited liability company | 8:09-bk-11884-RK | Robert Kwan | 3/05/09 |
| **Bethany Woodhill Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11885-RK | Robert Kwan | 3/05/09 |
| **Bethany Woodhill, LLC,** a Delaware limited liability company | 8:09-bk-11886-RK | Robert Kwan | 3/05/09 |
| **Bethany Willow Lake Apartments, LLC,,** a Delaware limited liability company | 8:09-bk-11887-RK | Robert Kwan | 3/05/09 |
| **Bethany Willow Lake, LLC,** a Delaware limited liability company | 8:09-bk-11888-RK | Robert Kwan | 3/05/09 |

| *Bethany GP Acquisitions, LLC*, a Delaware limited liability company | 8:09-bk-11889-RK | Robert Kwan | 3/05/09 |
|---|---|---|---|
| *Bethany LP Acquisitions, LLC*, a Delaware limited liability company | 8:09-bk-11890-RK | Robert Kwan | 3/05/09 |
| *Bethany Rolling Hills, LLC,* | 8:09-bk-12937-RK | Robert Kwan | 4/01/09 |
| *Rolling Hills Apartments, LLC* | 8:09-bk-12938-RK | Robert Kwan | 4/01/09 |
| *Falcon Pointe Apartment Associates, LLC* | 8:09-bk-12939-RK | Robert Kwan | 4/01/09 |
| *Rockrimmon Apartment Associates, LLC* | 8:09-bk-12940-RK | Robert Kwan | 4/01/09 |
| *Waterfield Apartment Associates, LLC* | 8:09-bk-12941-RK | Robert Kwan | 4/01/09 |
| *Bethany Rolling Hills Mezz, LLC* | 8:09-bk-12668-RK | Robert Kwan | 3/27/09 |
| *Falcon Pointe Apartment Associates Mezz, LLC* | 8:09-bk-12672-RK | Robert Kwan | 3/27/09 |
| *Rockrimmon Apartment Associates Mezz, LLC* | 8:09-bk-12674-RK | Robert Kwan | 3/27/09 |
| *Rolling Hills Apartment Associates Mezz, LLC* | 8:09-bk-12675-RK | Robert Kwan | 3/27/09 |
| *Waterfield Apartment Associates Mezz, LLC* | 8:09-bk-12679-RK | Robert Kwan | 3/27/09 |
| *GTS Property Portfolios B-3, LLC* | 8:09-bk-14774-SB | Samuel Bufford | 3/03/09 |
| *Gulfstream Apt. Portfolio, LLC* | 8:09-bk-15342-SB | Samuel Bufford | 3/10/09 |
| *Phoenix Kingdom II, LLC* | 8:09-bk-16755-RK | Robert Kwan | 7/06/09 |
| | | | |
| | | | |

306282.1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, Esq.,   SBN 137019<br>**GOE & FORSYTHE, LLP**<br>18101 Von Karman Ave, Suite 510<br>Irvine, CA  92612<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437 | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:   JEFFREY ALAN SILVERMAN and DEBORAH MARIE FISHER<br><br>                                                            Debtor.(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION
(INDIVIDUAL)**

___x___ Petition, statement of affairs, schedules or lists                                      Dated Filed: October       , 2009
_____ Amendments to the petition, statement of affairs, schedules or lists      Dated Filed:
_____ Other: All pleadings necessary to prosecute the Chapter 7 case             Dated Filed:

## PART I - DECLARATION OF DEBTOR

I, the undersigned, hereby declare under penalty of perjury that: (1) I am the Debtor on whose behalf the above-referenced document is being filed (Filing Party) and have signed the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications by me to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                    October _30_, 2009_____
Signature of Filing Party                                                          Date
Jeffrey Alan Silverman
*Printed Name of Filing Party*

_____                    October _30_ 2009_____
Signature of Filing Party                                                          Date
Deborah Marie Fisher
*Printed Name of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Filing Party signed the *Declaration of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____                    October _30_ 2009_____
Signature of Attorney for Filing Party                                      Date
Robert P. Goe
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

*November 2006*

Electronic Filing Declaration Form for Individual.doc

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *Jeffrey Alan Silverman*
       *and*
       *Deborah Marie Fisher*

Case No.
Chapter   7

_____
                    **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08)

    ☐    4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

        ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐    Active military duty in a military combat zone.

    ☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date:  *10/30/2009*  _____

Certificate Number: 03346-CAC-CC-008303898

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 10, 2009 , at 3:23 o'clock PM PDT ,

JEFFREY A SILVERMAN received from

Consumer Credit Counseling Service of Orange County, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: September 10, 2009          By    /s/Tony Tran

                                  Name  Tony Tran

                                  Title  Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Jeffrey Alan Silverman*
    *and*
    *Deborah Marie Fisher*

Case No.
Chapter  7

_____
              **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08)

    ☐   4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

           ☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

           ☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

           ☐   Active military duty in a military combat zone.

    ☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date:   _10/30/2009_

Certificate Number: 03346-CAC-CC-008411225

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 21, 2009          , at 10:13          o'clock AM PDT          ,

DEBORAH M FISHER                              received from

Consumer Credit Counseling Service of Orange County, Inc.                          ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California              , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared     . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet                          .


Date: September 21, 2009          By     /s/Tony Tran                          

                                  Name   Tony Tran                          

                                  Title  Certified Counselor                          


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

CDC Local Rule 1015-2 (Rev. 6/98) West Group, Rochester, NY

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Case Number:
Title:   *GTS*
Date:   *March 2009*
Nature: *Chapter 11*
Judge:
Court:   *Central - Los Angeles*
Disposition:
Real Property included on Schedule A:

Case Number:
Title:   *Phoenix Kingdom, LLC*
Date:   *Juily 2009*
Nature: *Chapter 11*
Judge: *Kwan*
Court:   *Central-Santa Ana*
Disposition:
Real Property included on Schedule A:

Case Number:
Title:   *Bethany Colorado, LLC*
Date:   *April 2009*
Nature: *Chapter 11*
Judge: *Kwan*
Court:   *Central-Santa Ana*
Disposition:
Real Property included on Schedule A:

Case Number:
Title: *Bethany Austin, LLC*
Date: *03/04/2009*
Nature: *Chapter 11*
Judge: *Kwan*
Court: *Central District-Santa Ana*
Disposition:
Real Property included on Schedule A:

Case Number:
Title:
Date:
Nature:
Judge:
Court: *SEE ATTACHED LIST FOR OTHER RELATED CASES*
Disposition:
Real Property included on Schedule A:

Case Number: *do not recall*
Title: *Jeffrey Silverman*
Date: *1983*
Nature: *Chapter 7*
Judge: *do not recall*
Court: *Southern District California*
Disposition: *Discharged*
Real Property included on Schedule A:

Case Number: *do not recall*
Title: *Deborah Fisher*
Date: *1987*
Nature: *Chapter 7*
Judge: *do not recall*
Court: *Seattle, WA*
Disposition: *Discharged*
Real Property included on Schedule A:

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  *Irvine*                              ,California.

Dated  10 -30 -05

Debtor:  *Jeffrey Alan Silverman*

Joint Debtor:  *Deborah Marie Fisher*

## BETHANY

| Debtor Name | Case No. | Judge | Date Filed |
|---|---|---|---|
| **Bethany Holdings Austin Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11873-RK | Robert Kwan | 3/04/09 |
| **Bethany Austin Mezzanine Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11874-RK | Robert Kwan | 3/05/09 |
| **Bethany Lonestar Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11875-RK | Robert Kwan | 3/05/09 |
| **KT Terraza-TX1, LLC,** a Delaware limited liability company | 8:09-bk-11876-RK | Robert Kwan | 3/05/09 |
| **KT Terraza-TX2, LLC,** a Delaware limited liability company | 8:09-bk-11877-RK | Robert Kwan | 3/05/09 |
| **FJLC-TX1, LLC,** a Delaware limited liability company | 8:09-bk-11878-RK | Robert Kwan | 3/05/09 |
| **FJLC-TX2, LLC,** a Delaware limited liability company | 8:09-bk-11879-RK | Robert Kwan | 3/05/09 |
| **Bethany Lonestar Mezzanine Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11880-RK | Robert Kwan | 3/05/09 |
| **Bethany Quail Hollow Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11881-RK | Robert Kwan | 3/05/09 |
| **Bethany Quail Hollow, LLC,** a Delaware limited liability company | 8:09-bk-11882-RK | Robert Kwan | 3/05/09 |
| **Bethany Seneca Bay Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11883-RK | Robert Kwan | 3/05/09 |
| **Bethany Seneca Bay, LLC,** a Delaware limited liability company | 8:09-bk-11884-RK | Robert Kwan | 3/05/09 |
| **Bethany Woodhill Apartments, LLC,** a Delaware limited liability company | 8:09-bk-11885-RK | Robert Kwan | 3/05/09 |
| **Bethany Woodhill, LLC,** a Delaware limited liability company | 8:09-bk-11886-RK | Robert Kwan | 3/05/09 |
| **Bethany Willow Lake Apartments, LLC,,** a Delaware limited liability company | 8:09-bk-11887-RK | Robert Kwan | 3/05/09 |
| **Bethany Willow Lake, LLC,** a Delaware limited liability company | 8:09-bk-11888-RK | Robert Kwan | 3/05/09 |

| | | | |
|---|---|---|---|
| ***Bethany GP Acquisitions, LLC***, a Delaware limited liability company | 8:09-bk-11889-RK | Robert Kwan | 3/05/09 |
| ***Bethany LP Acquisitions, LLC***, a Delaware limited liability company | 8:09-bk-11890-RK | Robert Kwan | 3/05/09 |
| ***Bethany Rolling Hills, LLC,*** | 8:09-bk-12937-RK | Robert Kwan | 4/01/09 |
| ***Rolling Hills Apartments, LLC*** | 8:09-bk-12938-RK | Robert Kwan | 4/01/09 |
| ***Falcon Pointe Apartment Associates, LLC*** | 8:09-bk-12939-RK | Robert Kwan | 4/01/09 |
| ***Rockrimmon Apartment Associates, LLC*** | 8:09-bk-12940-RK | Robert Kwan | 4/01/09 |
| ***Waterfield Apartment Associates, LLC*** | 8:09-bk-12941-RK | Robert Kwan | 4/01/09 |
| ***Bethany Rolling Hills Mezz, LLC*** | 8:09-bk-12668-RK | Robert Kwan | 3/27/09 |
| ***Falcon Pointe Apartment Associates Mezz, LLC*** | 8:09-bk-12672-RK | Robert Kwan | 3/27/09 |
| ***Rockrimmon Apartment Associates Mezz, LLC*** | 8:09-bk-12674-RK | Robert Kwan | 3/27/09 |
| ***Rolling Hills Apartment Associates Mezz, LLC*** | 8:09-bk-12675-RK | Robert Kwan | 3/27/09 |
| ***Waterfield Apartment Associates Mezz, LLC*** | 8:09-bk-12679-RK | Robert Kwan | 3/27/09 |
| ***GTS Property Portfolios B-3, LLC*** | 8:09-bk-14774-SB | Samuel Bufford | 3/03/09 |
| ***Gulfstream Apt. Portfolio, LLC*** | 8:09-bk-15342-SB | Samuel Bufford | 3/10/09 |
| ***Phoenix Kingdom II, LLC*** | 8:09-bk-16755-RK | Robert Kwan | 7/06/09 |
| | | | |
| | | | |

306282.1

Verification of Creditor Mailing List - (Rev. 10/05)          2003 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Robert P Goe, Esq.,   SBN 137019_

Address _660 Newport Center Dr Suite 320 Newport Beach, CA 92660_

Telephone _(949) 467-3780_

[X]    Attorney for Debtor(s)
[ ]    Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re  Jeffrey Alan Silverman*<br><br>and    *Deborah Marie Fisher*<br>    *aka Deborah Marie Silverman* | Case No.<br><br>Chapter  7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _14_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _10/30/2009_

Debtor: *Jeffrey Alan Silverman*

Attorney: *Robert P Goe, Esq.,   SBN 13*

Joint Debtor/ *Deborah Marie Fisher*

Robert P Goe  Esq      SBN 137019
GOE & FORSYTHE  LLP
18101 Von Karman Av  Suite 510
Irvine  CA  92612


Jeffrey Alan Silverman
2 Windemere Ct
Newport Coast  CA  92657


Deborah Marie Fisher
2 Windemere Ct
Newport Coast  CA  92657

```
909 W Colter St Apt  LLC
c-o UBS Realty Investors
455 Market St  Suite 1540
San Francisco  CA  94105-2443


AJA Advisory Services
c-o Jeffrey S Benice  Esq
650 Town Center Dr Suite 1300
Costa Mesa  CA  92626


American Express
PO Box 0001
Los Angeles  CA  90096


Arbour
375 Park Avenue
27th Floor
New York  NY  10012


Associated Plumbing
c-o Sharon Kaselonis
4405 East-West Highway
Bethesda  MD  20814


Audi Financial Services
Box 60144
City of Industry  CA  91716


Bank of America
Box 2864
Hartford  CT  06101


Bank of America Visa
Box 851001
Dallas  TX  75285
```

Bank of the West
475 Sansome St
Floor 19
San Francisco  CA  94111-3112


Bethany Group
1920 Main Street
Suite 770
Irvine  CA  92614


Bethany Group  LLC
1920 Main Street
Suite 770
Irvine  CA  92614


Bethany Holdings  LLC
1920 Main Street
Suite 770
Irvine  CA  92614


Bethany Management Group  LLC
1920 Main Street
Suite 770
Irvine  CA  92614


Brook Furniture
c-o James Schwartz
7901 Stoneridge Dr
Pleasanton  CA  94588


Charles Sherman
Box 188
Tiverton  RI  02878

Chase Card Services
Box 94014
Palatine   IL   60094-4014


Chi Chen Wang
220 West Lemon Ave
Arcadia   CA   91007


CIT Technology Financial Srvcs
Box 5505599
Jacksonville   FL   32255


Citicard
PO Box 6401
The Lakes   NV   88901-6410


Custom Carpets
1040 S Federal /Highway
Del Rey Beach   FL   33483


Developers Surety & Indemnity
17780 Fitch
Irvine   CA   92614


Distinctive Design
8 Argonaut
Suite 160
Aliso Viejo   CA   92656


Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento   CA   95812-2952

Frank Wang and FJLC
220 West Lemon Ave
Arcadia   CA   91007


General Electric
Southeast Centerline
901 Main Avenue
Norwalk   CT   06851


General Electric
Gulfstream
901 Main Avenue
Norwalk   CT   06851


General Electric
Southeast mezz Marathon
901 Main Avenue
Norwalk   CT   06851


General Electric
Legend Oaks
901 Main Avenue
Norwalk   CT   06851


Genesis Audio and Video
16163 Lake Forest Dr
Irvine   CA   92618


Greentech Landscaping
1278 Glenneyre St
Suite 404
Laguna Beach   CA   92651

Greg Garmon
30741 Hilltop Way
San Juan Capistr   CA   92675


GTS
1920 Main Street
Suite 770
Irvine   CA   92614


GTS Investments Inc
734 Silver Spur Road
Suite 300
Rolling Hills Es   CA   90274


Internal Revenue Service
PO Box 21126
Philadelphia   PA   19114


Irvine Apartment Communities
c-o Kimball Tirey and St John
5510 Trabuco Rd
Irvine   CA   92620


Jacob Meltzer
16 Woodland Dr
Irvine   CA   92604


Jason Kurtz
3775 Welsh Pony Lane
Yorba Linda   CA   92886


Jong Yong Lee
220 West Lemon Ave
Arcadia   CA   91007

Jongyong Lee
2701 Terraza Place
Fullerton  CA  92835


Jongyong Lee Trust
c-o John Yong Lee
2701 Terraza Place
Fullerton  CA  92835


Knutsen Trust
1831 South Stockton Street
Lodi  CA  95240


Land Rover Capital
Box 680020
Franklin  TN  37068


Leaf Funding Inc
205 Market Street
Philadelphia  PA  19103


Lehman Bros
Madison Five Mile
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Phoenix Black Rock
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Phoenix 2 senior
1271 Avenue of the Americas
New York  NY  10020

Lehman Bros
Lonestar senior
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Phoenix 2 mezz
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Magazine sans mezz
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
LaSalle Madison
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Phoenix Arbor
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Lonestar mezz
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Lonestar Raitt
1271 Avenue of the Americas
New York  NY  10020

Lehman Bros
Austin Raitt
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Austin Blackrock
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Austin senior
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Lonestar Blackrock
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Magazine mezz Arbor
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Magazine
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
LaSalle Bethany Summit
1271 Avenue of the Americas
New York  NY  10020

```
Lehman Bros
Blanding Raitt
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Blanding La Salle
1271 Avenue of the Americas
New York  NY  10020


Louis Silverman
381 Giotto
Irvine  CA  92614


Martin Haigg Painting
24021 Frigate Dr
Laguna Niguel  CA  92677


Mercedes Benz Financial
PO Box 77860
Ft Worth  TX  76117


Mercedes Benz Financial
Box 77860
Ft Worth  TX  76117


Monica Bell
c-o Nicholas Woodfield
888 17th Street NW  Suite 900
Washington  DC  20006


Newport Coast Community HOA
c-o Merit Property Management
1 Polaris Way
Aliso Viejo  CA  92656
```

Newport Ridge Cleaners
21141 Newport Coast Dr
Newport Coast  CA  92657


Nieman Marcus
Box 5235
Carol Stream  IL  60197


Nordstrom
Box 79134
Phoenix  AZ  85062


Orange County Tax Collector
Treasurer-Tax Collector
Box 1438
Santa Ana  CA  92702-1438


Pelican Ridge Community HOA
c-o Merit Property Management
1 Polaris Way
Aliso Viejo  CA  92656


Pitney Bowes Inc
Box 856640
Louisville  KY  40285


Progressive Delivery Systems
1007 East Raymond Way
Anaehim  CA  92801


Puget Sound Leasing
11830 N 195th St
Bothell  WA  98011

Ricoh
Box 100706
Pasadena   CA   91189


Ryan Boyajian
27631 LaPaz Rd
Suite C
Laguna Niguel   CA   92677


Shorenstein Realty Services
1920 Main Street
Suite 110
Irvine   CA   02614


State of Colorado
770 West Hampden Ave
Englewood      CO   80110


State of Louisiana
Louisiana Dept of Revenue
Box 201
Baton Rouge   LA   70821


State of Maryland
Comptroller of Maryland
Annapolis   MD   21411


State of South Carolina
Department of Revenue
301 Gervais Street
Columbia   SC   29214


Sterling National Bank
500 Seventh Avenue
New York   NY   10018

Steve Mensinger
Sun Cal Companies
2392 Morse Avenue
Irvine  CA  92614


Terry and Rose Knutsen
1831 South Stockton Street
Lodi  CA  95240


Turning Pointe
24341 Cimarron Court
Laguna Niguel  CA  92677


UBS Somerset-909 W Colter Apt
UBS Realty Investors
455 Market St  Suite 1540
San Francisco  CA  94105-2443


US Bank
Box 2407
Minneapolis  MN  55402


Vincent D Lifestyle
8 Argonaut
Suite 160
Aliso Viejo  CA  92656


Volkswagen Credit
Box 7572
Libertyville  IL  60048


Volkwagen Credit
Box 7572
Libertyville  IL  60048

Wachovia Bank
375 Park Avenue
27th Floor
New York  NY  10022


Wachovia Bank
Box 60505
City of Industry  CA  91716-0505


Washington Mutual Bank - Visa
PO Box 660487
Dallas  TX  75266-0487


Xerox Capital Services
Box 7405
Pasadena  CA  91109


Zohar Tsifira
8222 Melrose Ave
Suite 207
Los Angeles  CA  90046