B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Bethany Group<br>1920 Main Street<br>Suite 770<br>Irvine CA   92614 | American Express<br>PO Box 0001<br>Los Angeles CA   90096<br><br>American Express<br>PO Box 0001<br>Los Angeles CA   90096<br><br>American Express<br>PO Box 0001<br>Los Angeles CA   90096<br><br>Associated Plumbing<br>c-o Sharon Kaselonis<br>4405 East-West Highway<br>Bethesda MD   20814 |
| Bethany Group, LLC<br>1920 Main Street<br>Suite 770<br>Irvine CA   92614 | AJA Advisory Services<br>c-o Jeffrey S Benice, Esq<br>650 Town Center Dr Suite 1300<br>Costa Mesa CA   92626<br><br>Bank of America<br>Box 2864<br>Hartford CT   06101<br><br>Bank of America<br>Box 2864<br>Hartford CT   06101<br><br>Bank of the West<br>475 Sansome St<br>Floor 19<br>San Francisco CA   94111-3112 |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*          / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Bethany Group, LLC...continued* | *Brook Furniture*<br>*c-o James Schwartz*<br>*7901 Stoneridge Dr*<br>*Pleasanton CA  94588*<br><br>*CIT Technology Financial Srvcs*<br>*Box 5505599*<br>*Jacksonville FL  32255*<br><br>*Leaf Funding Inc*<br>*205 Market Street*<br>*Philadelphia PA  19103*<br><br>*Pitney Bowes Inc*<br>*Box 856640*<br>*Louisville KY  40285*<br><br>*Puget Sound Leasing*<br>*11830 N 195th St*<br>*Bothell WA  98011*<br><br>*Ricoh*<br>*Box 100706*<br>*Pasadena CA  91189*<br><br>*Shorenstein Realty Services*<br>*1920 Main Street*<br>*Suite 110*<br>*Irvine CA  02614*<br><br>*Sterling National Bank*<br>*500 Seventh Avenue*<br>*New York NY  10018*<br><br>*Xerox Capital Services*<br>*Box 7405*<br>*Pasadena CA  91109* |
| *Bethany Holdings, LLC*<br>*1920 Main Street*<br>*Suite 770*<br>*Irvine CA  92614* | *Arbour*<br>*375 Park Avenue*<br>*27th Floor*<br>*New York NY  10012*<br><br>*Brook Furniture*<br>*c-o James Schwartz*<br>*7901 Stoneridge Dr*<br>*Pleasanton CA  94588* |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor    Case No. _____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Bethany Holdings, LLC...continued_ | _General Electric_<br>_Legend Oaks_<br>_901 Main Avenue_<br>_Norwalk CT   06851_<br><br>_General Electric_<br>_Gulfstream_<br>_901 Main Avenue_<br>_Norwalk CT   06851_<br><br>_General. Electric_<br>_Gulfstream_<br>_901 Main Avenue_<br>_Norwalk CT   06851_<br><br>_General Electric_<br>_Southeast Centerline_<br>_901 Main Avenue_<br>_Norwalk CT   06851_<br><br>_General Electric_<br>_Southeast Centerline_<br>_901 Main Avenue_<br>_Norwalk CT   06851_<br><br>_General Electric_<br>_Southeast mezz Marathon_<br>_901 Main Avenue_<br>_Norwalk CT   06851_<br><br>_Lehman Bros_<br>_Blanding La Salle_<br>_1271 Avenue of the Americas_<br>_New York NY   10020_<br><br>_Lehman Bros_<br>_Phoenix 2 senior_<br>_1271 Avenue of the Americas_<br>_New York NY   10020_<br><br>_Lehman Bros_<br>_Phoenix Arbor_<br>_1271 Avenue of the Americas_<br>_New York NY   10020_ |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor    Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Bethany Holdings, LLC...continued* | *Lehman Bros*<br>*Phoenix Black Rock*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Madison Five Mile*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*LaSalle Madison*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Blanding Raitt*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*LaSalle Bethany Summit*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Phoenix 2 mezz*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine mezz Arbor*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor    Case No. _____
                                                                                (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | Lehman Bros<br>Magazine sans mezz<br>1271 Avenue of the Americas<br>New York NY  10020 |
| Bethany Holdings, LLC...continued | Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020 |
| | Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020 |
| | Lehman Bros<br>Lonestar Blackrock<br>1271 Avenue of the Americas<br>New York NY  10020 |
| | Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020 |
| | Lehman Bros<br>Lonestar Raitt<br>1271 Avenue of the Americas<br>New York NY  10020 |
| | Lehman Bros<br>Austin senior<br>1271 Avenue of the Americas<br>New York NY  10020 |
| | Lehman Bros<br>Austin Blackrock<br>1271 Avenue of the Americas<br>New York NY  10020 |
| | Lehman Bros<br>Austin Raitt<br>1271 Avenue of the Americas<br>New York NY  10020 |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_ _____ / Debtor     Case No. _____
                                                                                         (if known)

# SCHEDULE H-CODEBTORS [a]

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _UBS Somerset-909 W Colter Apt_<br>_UBS Realty Investors_<br>_455 Market St, Suite 1540_<br>_San Francisco CA 94105-2443_ |
| _Bethany Holdings, LLC...continued_ | _Wachovia Bank_<br>_375 Park Avenue_<br>_27th Floor_<br>_New York NY 10022_ |
| | _Wachovia Bank_<br>_375 Park Avenue_<br>_27th Floor_<br>_New York NY 10022_ |
| _Bethany Management Group, LLC_<br>_1920 Main Street_<br>_Suite 770_<br>_Irvine CA 92614_ | _Custom Carpets_<br>_1040 S Federal /Highway_<br>_Del Rey Beach FL 33483_ |
| | _Developers Surety & Indemnity_<br>_17780 Fitch_<br>_Irvine CA 92614_ |
| | _Monica Bell_<br>_c-o Nicholas Woodfield_<br>_888 17th Street NW, Suite 900_<br>_Washington DC 20006_ |
| _Charles Sherman_<br>_Box 188_<br>_Tiverton RI 02878_ | _AJA Advisory Services_<br>_c-o Jeffrey S Benice, Esq_<br>_650 Town Center Dr Suite 1300_<br>_Costa Mesa CA 92626_ |
| | _Bank of America_<br>_Box 2864_<br>_Hartford CT 06101_ |
| | _Bank of America_<br>_Box 2864_<br>_Hartford CT 06101_ |
| | _Bank of the West_<br>_475 Sansome St_<br>_Floor 19_<br>_San Francisco CA 94111-3112_ |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher* _____ / Debtor    Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Charles Sherman...continued* | *CIT Technology Financial Srvcs*<br>*Box 5505599*<br>*Jacksonville FL  32255*<br><br>*Custom Carpets*<br>*1040 S Federal /Highway*<br>*Del Rey Beach FL  33483*<br><br>*Developers Surety & Indemnity*<br>*17780 Fitch*<br>*Irvine CA  92614*<br><br>*General Electric*<br>*Southeast mezz Marathon*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Southeast Centerline*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Southeast Centerline*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Gulfstream*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Gulfstream*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Legend Oaks*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*Leaf Funding Inc*<br>*205 Market Street*<br>*Philadelphia PA  19103* |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor       Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Charles Sherman...continued | Monica Bell<br>c-o Nicholas Woodfield<br>888 17th Street NW, Suite 900<br>Washington DC  20006<br><br>Pitney Bowes Inc<br>Box 856640<br>Louisville KY  40285<br><br>Puget Sound Leasing<br>11830 N 195th St<br>Bothell WA  98011<br><br>Ricoh<br>Box 100706<br>Pasadena CA  91189<br><br>Shorenstein Realty Services<br>1920 Main Street<br>Suite 110<br>Irvine CA  02614<br><br>Sterling National Bank<br>500 Seventh Avenue<br>New York NY  10018<br><br>Xerox Capital Services<br>Box 7405<br>Pasadena CA  91109 |
| Chi Chen Wang<br>220 West Lemon Ave<br>Arcadia CA  91007 | General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851 |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor    Case No. _____
                                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | General Electric<br>Southeast mezz Marathon<br>901 Main Avenue<br>Norwalk CT   06851 |
| _Chi Chen Wang...continued_ | General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851 |
| | Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY   10020 |
| | Lehman Bros<br>Magazine<br>1271 Avenue of the Americas<br>New York NY   10020 |
| | Lehman Bros<br>Magazine<br>1271 Avenue of the Americas<br>New York NY   10020 |
| | Lehman Bros<br>Magazine mezz Arbor<br>1271 Avenue of the Americas<br>New York NY   10020 |
| | Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY   10020 |
| | Lehman Bros<br>Lonestar Blackrock<br>1271 Avenue of the Americas<br>New York NY   10020 |
| | Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY   10020 |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher* _____ / Debtor    Case No. _____
                                                                                    (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Lehman Bros*<br>*Lonestar Raitt*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| *Chi Chen Wang...continued* | *Lehman Bros*<br>*Austin senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Austin Blackrock*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Austin Raitt*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine sans mezz*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| *Greg Garmon*<br>*30741 Hilltop Way*<br>*San Juan Capistr CA   92675* | *AJA Advisory Services*<br>*c-o Jeffrey S Benice, Esq*<br>*650 Town Center Dr Suite 1300*<br>*Costa Mesa CA   92626* |
| | *Arbour*<br>*375 Park Avenue*<br>*27th Floor*<br>*New York NY   10012* |
| | *Associated Plumbing*<br>*c-o Sharon Kaselonis*<br>*4405 East-West Highway*<br>*Bethesda MD   20814* |
| | *Bank of America*<br>*Box 2864*<br>*Hartford CT   06101* |
| | *Bank of America*<br>*Box 2864*<br>*Hartford CT   06101* |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Greg Garmon...continued* | *Bank of the West*<br>*475 Sansome St*<br>*Floor 19*<br>*San Francisco CA  94111-3112*<br><br>*Brook Furniture*<br>*c-o James Schwartz*<br>*7901 Stoneridge Dr*<br>*Pleasanton CA  94588*<br><br>*CIT Technology Financial Srvcs*<br>*Box 5505599*<br>*Jacksonville FL  32255*<br><br>*Custom Carpets*<br>*1040 S Federal /Highway*<br>*Del Rey Beach FL  33483*<br><br>*Developers Surety & Indemnity*<br>*17780 Fitch*<br>*Irvine CA  92614*<br><br>*General Electric*<br>*Southeast mezz Marathon*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Legend Oaks*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Gulfstream*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Gulfstream*<br>*901 Main Avenue*<br>*Norwalk CT  06851*<br><br>*General Electric*<br>*Southeast Centerline*<br>*901 Main Avenue*<br>*Norwalk CT  06851* |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor    Case No. _____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Greg Garmon...continued | General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851<br><br>Leaf Funding Inc<br>205 Market Street<br>Philadelphia PA  19103<br><br>Lehman Bros<br>LaSalle Madison<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Madison Five Mile<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Blanding La Salle<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>LaSalle Bethany Summit<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar Blackrock<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Austin Raitt<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Austin Blackrock<br>1271 Avenue of the Americas<br>New York NY  10020 |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _Lehman Bros_<br>_Austin senior_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| _Greg Garmon...continued_ | _Lehman Bros_<br>_Lonestar Raitt_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| | _Lehman Bros_<br>_Blanding Raitt_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| | _Lehman Bros_<br>_Lonestar senior_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| | _Lehman Bros_<br>_Phoenix Black Rock_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| | _Lehman Bros_<br>_Lonestar senior_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| | _Lehman Bros_<br>_Lonestar senior_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| | _Lehman Bros_<br>_Phoenix 2 senior_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |
| | _Lehman Bros_<br>_Magazine mezz Arbor_<br>_1271 Avenue of the Americas_<br>_New York NY  10020_ |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher* _____ / Debtor    Case No. _____

(if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| *Greg Garmon...continued* | *Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Phoenix Arbor*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Phoenix 2 mezz*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine sans mezz*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Monica Bell*<br>*c-o Nicholas Woodfield*<br>*888 17th Street NW, Suite 900*<br>*Washington DC  20006* |
| | *Pitney Bowes Inc*<br>*Box 856640*<br>*Louisville KY  40285* |
| | *Puget Sound Leasing*<br>*11830 N 195th St*<br>*Bothell WA  98011* |
| | *Ricoh*<br>*Box 100706*<br>*Pasadena CA  91189* |
| | *Shorenstein Realty Services*<br>*1920 Main Street*<br>*Suite 110*<br>*Irvine CA  02614* |

B6H (Official Form 6H) (12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Greg Garmon...continued | Sterling National Bank<br>500 Seventh Avenue<br>New York NY  10018<br><br>UBS Somerset-909 W Colter Apt<br>UBS Realty Investors<br>455 Market St, Suite 1540<br>San Francisco CA  94105-2443<br><br>Wachovia Bank<br>375 Park Avenue<br>27th Floor<br>New York NY  10022<br><br>Wachovia Bank<br>375 Park Avenue<br>27th Floor<br>New York NY  10022<br><br>Xerox Capital Services<br>Box 7405<br>Pasadena CA  91109 |
| GTS<br>1920 Main Street<br>Suite 770<br>Irvine CA  92614 | General Electric<br>Southeast mezz Marathon<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT  06851 |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher* _____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Jong Yong Lee<br>220 West Lemon Ave<br>Arcadia CA   91007 | General Electric<br>Southeast mezz Marathon<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851<br><br>Lehman Bros<br>Lonestar Raitt<br>1271 Avenue of the Americas<br>New York NY   10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY   10020<br><br>Lehman Bros<br>Lonestar Blackrock<br>1271 Avenue of the Americas<br>New York NY   10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY   10020 |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Lehman Bros*<br>*Lonestar senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| *Jong Yong Lee...continued* | *Lehman Bros*<br>*Magazine sans mezz*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine mezz Arbor*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| *Louis Silverman*<br>*381 Giotto*<br>*Irvine CA  92614* | *American Express*<br>*PO Box 0001*<br>*Los Angeles CA  90096* |
| | *American Express*<br>*PO Box 0001*<br>*Los Angeles CA  90096* |
| | *American Express*<br>*PO Box 0001*<br>*Los Angeles CA  90096* |
| | *Citicard*<br>*PO Box 6401*<br>*The Lakes NV  88901-6410* |
| *Terry and Rose Knutsen*<br>*1831 South Stockton Street*<br>*Lodi CA  95240* | *Lehman Bros*<br>*Phoenix 2 mezz*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |

B6H (Official Form 6H) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*_____ / Debtor    Case No. _____
                                                                                                                                                         (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Terry and Rose Knutsen...continued* | *Lehman Bros*<br>*Phoenix 2 senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Phoenix Arbor*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Phoenix Black Rock*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Madison Five Mile*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*LaSalle Madison*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*LaSalle Bethany Summit*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |

B6I (Official Form 6I) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*                    ,        Case No. _____
_____
                    **Debtor(s)**                                                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP(S): *Debtor's step-daughter* | AGE(S): *adult* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *unemployed* | *unemployed* |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *0.00* | $ *0.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *0.00* | $ *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *0.00* | $ *0.00* |
| b. Insurance | $ *0.00* | $ *0.00* |
| c. Union dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *0.00* | $ *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *0.00* | $ *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ *0.00* | $ *0.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $                *0.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*Debtor was meeting expenses by receiving capital distributions from Bethany Mgmt Grp, and from court-ordered insider compensation re the Austin bankruptcy, and from the sale of personal items - all of this totalled $99,255.45 in the last 7 months excluding the cash Debtor had on hand; as understood, these are not counted as income for the purposes of Schedule I*

B6J(Official Form 6J)(12/07)

In re _Jeffrey Alan Silverman and Deborah Marie Fisher_ ,       Case No. _____
                             Debtor(s)                                                (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 24,802.00 |
| a. Are real estate taxes included?   Yes ☐  No ☒ | | | |
| b. Is property insurance included?   Yes ☐  No ☒ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 1,200.00 |
| b. Water and sewer | | $ | 200.00 |
| c. Telephone | | $ | 150.00 |
| d. Other   _CATV_ | | $ | 120.00 |
| Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 1,250.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 350.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 250.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 350.00 |
| d. Auto | | $ | 150.00 |
| e. Other | | $ | 0.00 |
| Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | | |
| (Specify)   _Property Taxes_ | | $ | 2,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 720.00 |
| b. Other: | | $ | 0.00 |
| c. Other: | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other: | | $ | 0.00 |
| Other: | | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | | $ | 31,742.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_Part of Debtor's income came from sale of interest in Gulfstream Partners ($8,333)_
_– see also Statement of Affairs, Item 1, and Statement of Affairs, Item 10a_

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. Average monthly income from Line 16 of Schedule I | | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | | $ | 31,742.00 |
| c. Monthly net income (a. minus b.) | | $ | (31,742.00) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*_____   Case No. _____
                                                    Debtor                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____50_____ sheets, and that they are true and
correct to the best of my knowledge, information and belief.

Date: *10/30/2009*_____          Signature _____
                                                                            *Jeffrey Alan Silverman*

Date: *10/30/2009*_____          Signature _____
                                                                            *Deborah Marie Fisher*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7 (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re: *Jeffrey Alan Silverman*                                        Case No.
*and*
*Deborah Marie Fisher*
*aka Deborah Marie Silverman*

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

*Year to date:2009:$35,497*          *court ordered insider compensation Autin bankruptcy (March through June)*
                                                 *unemployed since 03/2009 (companies below became insolvent in March 2009)*

*Last Year:2008: ($850,214)*         *(estimated) Bethany Management Group, Bethany Group, Bethany Holdings Group*

*Year before:2007: $2,400,000*

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (12/07)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:2009: $38,458* | *sold interest in Gulfstream portfolio ($8,333.33); other from distributions from Bethany Management Group LLC* |
| *$23,800* | *sale of jewelry listed in Schedule B (February/March 2009)* |
| *Last Year:* | |
| *Year before:* | |

---

### 3. Payments to creditors

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Capital One* *Address:Box 60599, City of Industry, CA   91716* | *10/15/09* *09/27/09* *09/15/09* *08/24/09* *08/10/09* *07/27/09* | *$   796.74* *$1,416.27* *$   849.75* *$1,130.34* *$1,470.97* *$1,331.91* | |
| *Creditor:Ryan Boyajian* *Address:27631 LaPa Rd, Suite C, Laguna Niguel, CA  92677* | *08/12/09* | *$10,000* | *$500,000* |

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *SEE ATTACHED LISTS* | *SEE ATTACHED LISTS* | *SEE ATTACHED LISTS* | *SEE ATTACHED LISTS* |

| LAWSUIT NAME | CAPTION | TYPE | CASE NUMBER | NATURE | COURT | LOCATION | STATUS |
|---|---|---|---|---|---|---|---|
| Devlopers Surety and Indemnity Company | vs Bethany Holdings Group LLC,personallly and et al | Utility Bonds | 00125930 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |
| Leaf Funding Inc | vs Bethany Group LLC,personallly and et al | Office Furniture | 00125790 | Commercial lease Agreement | Superior of Court of CA | Santa Ana | Pending |
| Bank of the West | vs Bethany Group LLC,personallly and et al | Office Furniture | 00123914 | Commercial lease Agreement | Superior of Court of CA | Santa Ana | Pending |
| Bank of America, NA | vs Bethany Group LLC,personallly and et al | Line of Credit | 00120501 | Breach of Contract | Superior of Court of CA | Santa Ana | Default/Writ of Attachment |
| AJA Advisory Services | vs Bethany Group LLC,personallly and et al | Note | 00118098 | Breach of Contract,Promissary Fraud | Superior of Court of CA | Santa Ana | Pending |
| Sterling National Bank | vs Bethany Group LLC,personallly and et al | Office Furniture | 00287780 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |
| Charles Sherman | vs Greg Garmon, Jefffrey Silverman | Partner Buy-out | 30-2009-00123105 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |
| General Electric-Gulfstream | vs Greg Garmon,Jeffrey Silverman,Charles Sherman | Guarantees Loan | 30-2009-0012229 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |

October 8, 2009
Page 2

| Plaintiff | Defendant | Description | Case Number | Amount/Type | Court | Location | Status |
|---|---|---|---|---|---|---|---|
| Monica Bell et all | vs VS Mgmt et all,personally | payroll | CV02054 | civil lawsuit payroll Fed Cap- maryland | US Disrict Court | Maryland | Pending |
| J. Mark Heldenbrand and Realty Legal Services | vs Phx Kingdom2,Bethany Group,personally and et al | Legal work | CV2008-021094 | Breach of Contract | Superior Court of AZ-Maricopa County | Phoenix | Default-? |
| LaSalle Natl Bank National Assoc-Bethany Summit(Lehman Brothers) | vs Bethany Summit10Oceanside LLC,personally and et al | Foreclosure -Apts-Senior-Junior | 37-2009-00052141 | Loan Guarantee-$25.5M | Superior of Court of CA | San Diego | Pending |
| Anthracite Funding,LLC(Austin Apts) | vsBethany Holdings,Chi Chen Wang | Foreclosure -Apts- B notes(mezz) | 09 civ 1740(RMB)(RLE) | Loan Guarantee-$10M+ | United States District Court. Southern District of New York | New York | Default |
| Anthracite Funding,LLC(Phoenix Kingdom 2 Apts) | vs Bethany Holdings,Terry and Rose Knutsen,personally et all | Foreclosure -Apts- B notes(mezz) | 09 Civ 1603(LTS)(KNF) | Loan Guarantee-$54M+ | United States District Court. Southern District of New York | New York | Default |
| General Electric Capital Corporation | vs Bethany Legends Oaks, LLC | Foreclosure -Apts-Senior-Junior | 09-CA-06729 | Loan Guarantee-$21M+ | 13th Judicial Circuit Court in Hillsborough County | Florida | Default |

October 8, 2009
Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Anthracite Funding,LLC(Lone star Apts) | vs Bethany Holdings,Chi Chen Wang,Jong Yong Lee | Foreclosure -Apts- B notes(mezz) | 09-CA-1604(PGG) | Loan Guarantee- $21M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Phx King 1(Lehman Brothers) | vs Bethany Holdings, Terry and Rose Knutsen,personally et all | Foreclosure -Apts- Senior | 09 Civ 5369(PGG) | Loan Guarantee- $164.5M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Lonestar(Lehman Brothers) | vs Bethany Holdings,Chi Chen Wang, Jong yong Lee,personally,et all | Foreclosure -Apts- Senior | 09Civ5371(PGG) | Loan Guarantee- $121.7M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Bethany Summit(Lehman Brothers) | vs Bethany Holdings group,Terry and Rose Knutsen, personally et all | Foreclosure -Apts- Senior | 09Civ-5368(PGG) | Loan Guarantee- $25.5M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Madison Colorado(Lehman Brothers) | vs Bethany Holdings group,Terry and Rose Knutsen, personally et all | Foreclosure -Apts- Senior | 09Civ 5373(PGG) | Loan Guarantee- $64.5M+ | United States District Court. Southern District of New York | New York | Default |

October 8, 2009
Page 4

| Creditor | Defendant | Type | Case No. | Claim | Court | Location | Status |
|---|---|---|---|---|---|---|---|
| LaSalle Natl Bank National Assoc- Blanding Place(Lehman Brothers) | vs Bethany Holdings Group LLC,personallly and et al | Foreclosure-Apts-Senior | 09civ5359(PGG) | Loan Guarantee-$16.7M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Austin(Lehman Brothers) | vsBethany Holdings,Chi Chen Wang,personally et all | Foreclosure-Apts-Senior | 09civ5365(PGG) | Loan Guarantee-$54M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Magazine(Lehman Brothers) | vs Bethany Holdings,Chi Chen Wang, Jong yong Lee,personally,et all | Foreclosure-Apts-Senior | 09Civ-5370(PGG) | Loan Guarantee-$183.5M+ | United States District Court. Southern District of New York | New York | Default |
| Five Mile Capital 11 SPE(Madison Apts) | vs Bethany Holdings group,Terry and Rose Knutsen, personally et all | Foreclosure-Apts- B notes(mezz) | 600515/09 | Loan Guarantees-$44M+ | Supreme Court Of State of New York | New York | Default |
| Fannie Mae- Phoenix Kingdom 2 | vs Bethany Holdings group,Terry and Rose Knutsen, personally et all | Foreclosure-Apts-Senior | 00289450 | Loan Guarantee-$160.5M+ | Superior of Court of CA | Santa Ana | Pending |
| LaSalle Natl Bank National Assoc- (Blanding Place) | vs Bethany JAX,personally et all | Foreclosure-Apts-Senior | 2009-CA-670 | Loan Guarantee | 4th Judicial Circuit Clay County | Florida | Pending |

October 14, 2009
Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 909 West Collier St Apts LLC | vs Bethany Somerset Phx,LLC, personally et all | Foreclosure-Apts-Senior | CV2009-003126 | Loan Guarantee | Superior Court of AZ-Maricopa County | Phoenix | Default |
| General Electric Capital Corporation(US Bank Natl Assoc as Trustee) | vs SE Portfolio Apts, personally et all | Foreclosure-Mezz | 09a-022285 | Loan Guarantee-$26M | Superior Court Gwinnett County | Georgia | Default |
| Brook Furniture | vs Bethany Holdings LLc,Greg garmon,Bethany Group LLc | Furniture rental at property | 37-2008-0091074-cu-bc-ctl | Breach and Alter ego-Greg | Superior Court of San Diego | San diego | Pending |
| Associate Plumbing | Vs Jeffrey Silverman, Bethany Group, Greg Garmon | Plumbing on property | CAL09-10754 | Breach of contract | Maryland courts | Bethesda, MD | Pending |

## PERSONAL LAWSUITS

| | | | | | | |
|---|---|---|---|---|---|---|
| Zohar Tsfira | VS Jeff Silverman/Debor ah Fisher | mecanics lien, breach of contract | 0012363 4 | Breach of Contract- Mechanics Lien | Superior Court of CA-Orange County-Harbor | California | Default |
| American Express | vs Jeffrey Silverman,Betha ny Group, Bethany Management Group | credit card- business | 0012523 54 | Breach of Contract | Superior Court of CA-Orange County | California | Pending |
| Greentech landscaping | vs Jeff Silverman/Debor ah Fisher(Silverman) | mecanics lien, breach of contract | 0012288 4 | Breach of Contract- Mechanics Lien | Superior Court of CA-Orange County | California | Default |

Form 7 (12/07)

| None | | |
|---|---|---|
| ☒ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

## 5. Repossessions, foreclosures and returns

| None | |
|---|---|
| ☐ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF<br>REPOSSESSION<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:US Bank*<br>*Address:Box 2188, Oshkosh, WI*<br>*54903* | *May 2009*<br>*Voluntary return* | *Description:2007 Range Rover*<br>*Value:$68,000*<br>*SEE ALSO SCHEDULE G* |
| *Name:Landrover Capital*<br>*Address:Box 54200, Omaha, NE*<br>*68154* | *April 2009*<br>*Voluntary return* | *Description:2009 Range Rover*<br>*Value:$100,000*<br>*SEE ALSO SCHEDULE G* |
| *Name:Bentley Financial*<br>*Services (VW Credit)*<br>*Address:Box 60144, City of*<br>*Industry, CA  91716* | *May 2009*<br>*Voluntary return* | *Description:2007 Bentley GTC*<br>*Value:$160,000*<br>*SEE ALSO SCHEDULE G* |
| *Name:Mercedes Benz Financial*<br>*Address:Box 9001680,*<br>*Louisville, KY  40920* | *May 2009*<br>*Voluntary return* | *Description:2009 Mercedes Benz SL63*<br>*Value:$160,000*<br>*SEE ALSO SCHEDULE G* |
| *Name:Mercedes Benz Financial*<br>*Address:Box 9001680,*<br>*Louisville, KY  40920* | *May 2009*<br>*Voluntary return* | *Description:2008 Mercedez Benz*<br>*SLK350*<br>*Value:$46,000*<br>*SEE ALSO SCHEDULE G* |

## 6. Assignments and receiverships

| None | | |
|---|---|---|
| ☒ | a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

| None | | |
|---|---|---|
| ☒ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

## 7. Gifts

| None | |
|---|---|
| ☐ | List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors |

Form 7 (12/07)

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _10/30/2009_    Signature of Debtor _____

Date  _10/30/2009_    Signature of Joint Debtor (if any) _____

Statement of Affairs - Page 9

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*

Case No.

Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :** | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. *1* | | |
|---|---|---|
| **Lessor's Name:**<br>*Audi Financial Services* | **Describe Leased Property:**<br>*2009 Audi Q5* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _10 - 30 - 09_          Debtor: _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*          Case No.
                                                                 Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
| *None* | | ☐ Yes      ☐ No |

**Signature of Debtor(s)**

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  _10 · 30 · 09_          Debtor:  _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *Jeffrey Alan Silverman and Deborah Marie Fisher*          Case No.
                    Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :** <br> *None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** <br> *None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> ☐ Yes   ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _10 — 70 — 09_    Debtor: _____

Date: _10 — 31 — 09_    Joint Debtor: _____

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                    1998 USBC, Central District of California

---

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Jeffrey Alan Silverman and Deborah Marie Fisher | Case No.: |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ __10,000.00__

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ __10,000.00__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____0.00__

2.  The source of the compensation paid to me was:

    [x] Debtor        [ ] Other *(specify)*

3.  The source of compensation to be paid to me is:

    [ ] Debtor        [ ] Other *(specify)*

4.  [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the first meeting of creditors only;

    d.  [Other provisions as needed].

CCD-B203

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)                1998 USBC, Central District of California

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 30, 2009
*Date*

_____
*Signature of Attorney*
Robert P Goe, Esq.,   SBN 137019


GOE & FORSYTHE LLP
*Name of Law Firm*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P Goe, Esq.,   SBN 137019<br>GOE & FORSYTHE LLP<br>18101 Von Karman Avenue<br>Suite 510<br>Irvine, CA  92612<br>(949) 798-2460<br>(949) 955-9437<br><br>*Attorney for* | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re: Jeffrey Alan Silverman and Deborah Marie<br>Fisher<br><br><br><br><br>Debtor. | CHAPTER 7<br><br><br>CASE NUMBER<br><br>(No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* April 10, 2009 _____ , I agreed with the Debtor that for a fee of $ 10,000.00 _____ , I would
    provide only the following services:

    a. [x] Prepare and file the Petition and Schedules
    b. [x] Represent the Debtor at the 341(a) Meeting
    c. [ ] Represent the Debtor in any relief from stay actions
    d. [ ] Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
         11 U.S.C. § 727
    e. [ ] Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
         11 U.S.C. § 523
    f. [ ] Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
    that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: October 30, 2009

I HEREBY APPROVE THE ABOVE:

_____
*Signature of Debtor*
Jeffrey Alan Silverman

_____
*Signature of Debtor*
Deborah Marie Fisher, co-Debtor

GOE & FORSYTHE LLP _____
*Law Firm Name*

By: _____

Name: Robert P Goe, Esq.,   SBN 137019
      *Attorney for Debtor*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.1
F209011

Declaration Re: Limited Scope of Appearance - *Page 2*                    **F 2090-1.1**

| In re Jeffrey Alan Silverman and Deborah Marie Fisher | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Avenue, Suite 510, Irvine, CA  92612

A true and correct copy of the foregoing document described as <u>DECLARATION RE LIMITED SCOPE OF</u>
<u>APPEARANCE</u> _____ will be served or was served **(a)** on the judge
in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to
the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary
proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at
the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>October        , 2009</u>   I served the following person(s) and/or entity(ies) at the last known address(es) in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States
Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes
a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Office of the United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA  92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity
served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later
than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>October        , 2009</u> | <u>William Goletz</u> | _____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2006                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re Jeffrey Alan Silverman<br>and Deborah Marie Fisher | CHAPTER: 7 |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>Jeffrey Alan Silverman</u>                    , the debtor in this case, declare under penalty
(Print Name of Debtor)

of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, <u>Deborah Marie Fisher</u>                    , the debtor in this case, declare under penalty of
(Print Name of Joint Debtor, if any)

perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date <u>October 30, 2009</u>        Signature _____
                                              *Debtor*
                                    Jeffrey Alan Silverman

Date <u>October 30, 2009</u>        Signature _____
                                              *Joint Debtor (if any)*
                                    Deborah Marie Fisher

**B22A (Official Form 22A) (Chapter 7) (12/08)**

In re   Jeffrey Alan Silverman and Deborah Marie Fisher
_____
              Debtor(s)

Case Number: _____
              (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**
☒ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

(Check the box as directed in Parts I, III, and VI of this statement.)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| **1A** | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)   - Cont.                                                                                       2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | Column A | Column B |
|---|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | | $0.00 | $ |
| 4 | **Income from the operation of a business, profession, or farm.**      Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br>**Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | $0.00 | $ |
| | | a. | Gross receipts | $0.00 | |
| | | b. | Ordinary and necessary business expenses | $0.00 | |
| | | c. | Business income | Subtract Line b from Line a | |
| 5 | **Rent and other real property income.**      Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero.      **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | $0.00 | $ |
| | | a. | Gross receipts | $0.00 | |
| | | b. | Ordinary and necessary operating expenses | $0.00 | |
| | | c. | Rent and other real property income | Subtract Line b from Line a | |
| 6 | **Interest, dividends, and royalties.** | | | $0.00 | $ |
| 7 | **Pension and retirement income.** | | | $0.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is icompleted. | | | $0.00 | $ |
| 9 | **Unemployment compensation.**      Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $0.00    Spouse $ _____ | | | $0.00 | $ |
| 10 | **Income from all other sources.**      Specify source and amount. If necessary, list additional sources on a separate page.      **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | $2,958.00 | $ |
| | | a. | court-ordered payments re Austin bankruptcy (12 month average) | $2,958.00 | |
| | Total and enter on Line 10 | | | | |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**      Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | | $2,958.00 | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).**      If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | | $2,958.00 | |

B22A (Official Form 22A) (Chapter 7) (12/08)    - Cont.                                    3

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**    Multiply the amount from Line 12 by the number 12 and enter the result. | $35,496.00 |
|---|---|---|
| 14 | **Applicable median family income.**    Enter the median family income for the applicable state and household size. (This information is available by family size at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:    CALIFORNIA    b. Enter debtor's household size:    3 | $70,684.00 |
| 15 | **Application of Section 707(b)(7).**    Check the applicable box and proceed as directed.<br><br>☒ **The amount on Line 13 is less than or equal to the amount on Line 14.**    Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.**    Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
|---|---|---|---|
| 17 | **Marital adjustment.**    If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17 | | $ |
| 18 | **Current monthly income for § 707(b)(2).**    Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing, and other items.**    Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court.) | | $ |
|---|---|---|---|
| 19B | **National Standards: health care.**    Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

| | | | $ |
|---|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**    Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)    - Cont.                                                                              4

| 20B | **Local Standards: housing and utilities; mortgage/rent expenses.**    Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.    **Do not enter an amount less than zero.** | |
|-----|---|---|

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|--|----|----|----|--|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.**    If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
|-----|---|---|
| | | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☒ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.**    If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**    Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.    **Do not enter an amount less than zero.** | |
|-----|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|--|----|----|----|--|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at    www.usdoj.gov/ust/    or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.    **Do not enter an amount less than zero.** | |
|-----|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|--|----|----|----|--|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)    - Cont.                                                                    5

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | |
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance $<br>b. Disability Insurance $<br>c. Health Savings Account $<br><br>Total and enter on Line 34<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)   - Cont.                                                                6

| | | |
|---|---|---|
| 38 | **Education expenses for dependent children less than 18.**     Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.     **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.**     Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at     www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.**     Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).**   Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

**42**   **Future payments on secured claims.**     For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42.

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no |
| b. | | | $ | ☐ yes  ☐ no |
| c. | | | $ | ☐ yes  ☐ no |
| d. | | | $ | ☐ yes  ☐ no |
| e. | | | $ | ☐ yes  ☐ no |
| | | | Total: Add Lines a - e | $ |

**43**   **Other payments on secured claims.**     If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| d. | | | $ |
| e. | | | $ |
| | | | Total: Add Lines a - e   $ |

**44**   **Payments on prepetition priority claims.**     Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.
**Do not include current obligations, such as those set out in Line 28.**   $

B22A (Official Form 22A) (Chapter 7) (12/08)    - Cont.                                                          7

| 45 | **Chapter 13 administrative expenses.**    If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.**    Enter the total of Lines 42 through 45. | $ |

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).**    Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).**    Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).**    Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.**    Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575**    Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $10,950.**    Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.**    Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.**    Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.**    Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**    Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**    Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.**    List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b, and c | $ |

**B22A (Official Form 22A) (Chapter 7) (12/08)    - Cont.**                                                        8

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.    *(If this a joint case, both debtors must sign.)*<br><br>Date: _10 — 90 — 05_    Signature: _____<br>(Debtor)<br><br>Date: _10 - 90 - 05_    Signature: _____<br>(Joint Debtor, if any ) |