1  Robert P. Goe, Esq.,  SBN 137019
2  Elizabeth A. Larocque, Esq.  SBN 219977
   **GOE & FORSYTHE, LLP**
3  18101 Von Karman Avenue, Suite 510
   Irvine, CA  92612
4  rgoe@goeforlaw.com
   elarocque@goeforlaw.com
5  949-798-2460
   949-955-9437
6  Attorneys for Debtors

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11

| 12 | In re | Case No. 8:09-bk-22272-TA |
| 13 | JEFFREY ALAN SILVERMAN and | Chapter 7 Proceeding |
| 14 | DEBORAH MARIE FISHER, aka DEBORAH MARIE SILVERMAN, | **AMENDED MASTER MAILING MATRIX** |
| 15 | | |
| 16 | | |
| 17 | Debtors | |
| 18 | | [No Hearing Required] |

Verification of Creditor Mailing List - (Rev. 10/05)  2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Robert P. Goe, Esq., SBN 137019_

Address _GOE & FORSYTHE, LLP 18101 Von Karman Av, Suite 510 Irvine, CA 92612_

Telephone _(949) 798-2460_

[X]  Attorney for Debtor(s)
[ ]  Debtor In Pro Per

---

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names, used by Debtor(s) within last 8 years:<br>In re  Jeffrey Alan Silverman<br><br>and    Deborah Marie Fisher | Case No. _8:09-bk-22272-TA_ |
|---|---|
| | Chapter  7 |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _1_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _____

Debtor: _Jeffrey Alan Silverman_

Joint Debtor/ _Deborah Marie Fisher_

Attorney: _Robert P. Goe, Esq., SBN 1._

```
U S Dept of Labor
200 Constitution Avenue NW
Washington   DC   20210


VS Management
3281 Veterans Memorial Highway
Suite E-3
Ronkonkoma   NY   11779
```