1  Robert P. Goe - State Bar No. 137019
   Elizabeth A. LaRocque – State Bar No. 219977
2  **GOE & FORSYTHE, LLP**
   18101 Von Karman Ave., Ste. 510
3  Irvine, CA 92612

4  Telephone: (949) 798-2460
   Facsimile: (949) 955-9437
5
   Attorneys for Debtor
6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                              **SANTA ANA DIVISION**

11

| In re: | Case No. 8:09-bk-22272-TA |
|---|---|
| JEFFREY ALAN SILVERMAN and DEBORAH MARIE FISHER, aka DEBORAH MARIE SILVERMAN, | Chapter 7 Proceeding |
| Debtors. | **NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING THE ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' REAL PROPERTY; DECLARATION OF JEFFREY SILVERMAN IN SUPPORT THEREOF**<br><br>[No Hearing Set]<br><br>[11 U.S.C. §554(b); LBR 9013-1(g)(1)(B)] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE,** that Jeffrey Alan Silverman and Deborah Silverman, the Debtor ("Debtors") of the above-referenced bankruptcy estate, hereby moves this Court for an order compelling the Chapter 7 Trustee, Weneta Kosmala ("Trustee") to abandon the estate's interest in the Debtor's residence, commonly known as 2 Windemere Court, Newport Coast, CA (the "Property") because this Property is burdensome and of inconsequential value to the estate.

1

1  This Motion is based upon the Memorandum of Points and Authorities set forth herein, the Declaration of Jeffrey Silverman ("Silverman Declaration") attached hereto, all pleadings, papers and records on file with the Court and such other evidence, oral or documentary, as may be presented to the Court at the time of the hearing, if any, on the within motion.

**IF YOU DO NOT OPPOSE THIS MOTION, YOU NEED TAKE NO ACTION. HOWEVER, IF YOU OBJECT TO THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o), EACH INTERESTED PARTY RESPONDING TO THE MOTION MUST SERVE UPON THE DEBTOR'S COUNSEL, THE UNITED STATES TRUSTEE, AND FILE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, OBJECTIONS TO THIS MOTION SETTING FORTH A BRIEF, BUT COMPLETE WRITTEN STATEMENT OF ALL REASONS IN OPPOSITION THERETO OR IN SUPPORT OR JOINDER THEREOF, AN ANSWERING MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS AND DOCUMENTARY EVIDENCE ON WHICH THE RESPONDING PARTY INTENDS TO RELY, AND REQUEST A HEARING WITHIN FIFTEEN (15) DAYS OF THE DATE OF SERVICE OF THIS MOTION. UPON RECEIPT OF AN OBJECTION AND REQUEST FOR A HEARING, DEBTOR'S COUNSEL WILL OBTAIN A HEARING DATE AND GIVE APPROPRIATE NOTICE THEREOF. FAILURE TO TIMELY FILE AND SERVE A PROPER RESPONSE MAY BE DEEMED TO CONSTITUTE CONSENT TO THE REQUESTED RELIEF.**

DATED: December 21, 2009

                                           **GOE & FORSYTHE, LLP**

                                           By: _____
                                                  Robert P. Goe
                                           Attorneys for Jeffrey Silverman and Deborah Silverman, Debtors

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING THE ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS'REAL PROPERTY; DECLARATION OF JEFFREY SILVERMAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 21, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Dan E Chambers    dchambers@jmbm.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Jeffrey I Golden    ljones@wgllp.com, jgolden@ecf.epiqsystems.com
- Kevin Hahn    kevin@mclaw.org
- Weneta M Kosmala    Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com
- Stephanie M Seidl    sseidl@sheppardmullin.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On December 21, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 21, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 21, 2009        Sondra Peters        _[signature]_
_Date_                    _Type Name_          _Signature_

**Debtor**
Jeffrey Alan Silverman
2 Windemere Ct
Newport Coast CA  92657

909 W Colter St Apt LLC
c-o UBS Realty Investors
455 Market St
Suite 1540 San Francisco CA
94105-2443

Arbour
375 Park Avenue
27th Floor
New York NY  10012

Bank of America
Box 2864
Hartford CT  06101

Bethany Group
1920 Main Street, Suite 770
Irvine CA  92614

Chase Card Services
Box 94014
Palatine IL  60094-4014

Citicard
P O Box 6401
The Lakes NV  88901-6410

Distinctive Design
8 Argonaut, Suite 160
Aliso Viejo CA  92656

General Electric
901 Main Avenue
Norwalk CT  06851

Greg Garmon
30741 Hilltop Way
San Juan Capistrano CA  92675

Robert P Goe Esq.
GOE & FORSYTHE LLP
18101 Von Karman Ave, Suite 510
Irvine CA 92612

A J A Advisory Services
c-o Jeffrey S Benice Esq
650 Town Center Dr
Suite 1300 Costa Mesa CA 92626

Associated Plumbing
c-o Sharon Kaselonis
4405 East-West Highway
Bethesda MD  20814

Bank of America Visa
Box 851001
Dallas TX  75285

Brook Furniture
c-o James Schwartz
7901 Stoneridge Dr
Pleasanton CA  94588

Chi Chen Wang
220 West Lemon Ave
Arcadia CA  91007

Custom Carpets
1040 S Federal Highway
Del Rey Beach FL  33483

Franchise Tax Board
Special Procedures
P O Box 2952
Sacramento CA  95812-2952

Genesis Audio and Video
16163 Lake Forest Dr
Irvine CA  92618

GTS
1920 Main Street
Suite 770
Irvine CA  92614

Deborah Marie Fisher
2 Windemere Ct
Newport Coast CA  92657

American Express
P O Box 0001
Los Angeles CA  90096

Audi Financial Services
Box 60144
City of Industry CA  91716

Bank of the West
475 Sansome St
Floor 19
San Francisco CA  94111-3112

Charles Sherman
Box 188
Tiverton RI  02878

CIT Technology Financial Srvcs
Box 5505599
Jacksonville FL  32255

Developers Surety & Indemnity
17780 Fitch
Irvine CA  92614

Frank Wang and FJLC
220 West Lemon Ave
Arcadia CA  91007

Greentech Landscaping
1278 Glenn Eyre St
Suite 404
Laguna Beach CA  92656

GTS Investments Inc
734 Silver Spur Road
Suite 300
Rolling Hills Estates CA  90274

Internal Revenue Service
P O Box 21126
Philadelphia PA  19114

Irvine Apartment Communities
c-o Kimball Tirey and St John
5510 Trabuco Rd
Irvine CA  92620

Jacob Meltzer
16 Woodland Dr
Irvine CA  92604

Jason Kurtz
3775 Welsh Pony Lane
Yorba Linda CA  9286

Jong Yong Lee
220 West Lemon Ave
Arcadia CA  91007

Jongyong Lee Trust
c-oJohn Yong Lee
2701 Terraza Place
Fullerton CA  92835

Knutsen Trust
1831 South Stockton Street
Lodi CA  95240

Land Rover Capital
Box 680020
Franklin TN  3768

Leaf Funding Inc
205 Market Street
Philadelphia PA  19103

Lehman Bros
1271 Avenue of the Americas
New York NY  10020

Louis Silverman
381 Giotto
Irvine CA  92614

Martin Haigg Painting
24021 Frigate Dr
Laguna Niguel CA  92677

MercedesBenz Financial
P O Box 77860
Ft Worth TX  76117

MercedesBenz Financial
Box 77860
Ft Worth TX  76117

Monica Bell
c-o Nicholas Woodfield
888 17th Street NW, Suite 900
Washington DC  20006

Newport Coast Community HOA
c-o Merit Property Management
1 Polaris Way
Aliso Viejo CA  92656

Newport Ridge Cleaners
21141 Newport Coast Dr
Newport Coast CA  92657

Nieman Marcus
Box 5235
Carol Stream IL  60197

Nordstrom
Box 79134
Phoenix AZ  85062

Orange County Treasurer-Tax Collector
Box 1438
Santa Ana CA  92702-1438

Pelican Ridge Community HOA
c-o Merit Property Management
1 Polaris Way
Aliso Viejo CA  92656

Pitney Bowes Inc
Box 856640
Louisville KY  40285

Progressive Delivery Systems
1007 East Raymond Way
Anaehim CA  92801

Puget Sound Leasing
11830 N 195th St
Bothell WA  98011

Ricoh
Box 100706
Pasadena CA  91189

Ryan Boyajian
27631 La Paz Rd, Suite C
Laguna Niguel CA  92677

Shorenstein Realty Services
1920 Main Street, Suite 110
Irvine CA  92614

State of Colorado
770 West Hampden Ave
Englewood CO  80110

State of Louisiana
Louisiana Dept of Revenue
Box 201
Baton Rouge LA  70821

State of Maryland
Comptroller of Maryland
Annapolis MD  21411

State of South Carolina
Department of Revenue
301 Gervais Street
Columbia SC  29214

Sterling Nationl Bank
500 Seventh Avenue
New York NY  10018

Steve Mensinger
Sun Cal Companies
2392 Morse Avenue
Irvine CA  92614

Terry and Rose Knutsen
1831 South Stockton Street
Lodi CA  95240

Turning Pointe
2434 Cimarron Court
Laguna Niguel CA  92677

UBS Somerset-909WColterApt
UBS Realty Investors
455 Market St  Suite1540
San Francisco CA  94105-2443

US Bank
Box 2407
Minneapolis MN  55402

Vincent D Lifestyle
8 Argonaut
Suite 160
Aliso Viejo CA  92656

Volkwagen Credit
Box7572
Libertyville IL  60048

Wachovia Bank
375 Park Avenue, 27th Floor
New York NY  10022

Wachovia Bank
Box 60505
City of Industry CA  91716-0505

Washington Mutual Bank-Visa
P O Box 660487
Dallas TX  75266-0487

Xerox Capital Services
Box 7405
Pasadena CA  91109

Zohar Tsifira
8222 Melrose Ave, Suite 207
Los Angeles CA  90046